UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
FRANK ALLEN,

                Petitioner,

  -against-

McGINNIS,
Southport Correctional Facility,

                Respondent.
-----------------------------------------------------------X

JUDGMENT
05-CV- 2699 (NGG)

A Memorandum and Order of Honorable Nicholas G. Garaufis, United States District Judge, having been filed on July 13, 2006, denying petitioner's petition for a writ of habeas corpus; and ordering that a Certificate of Appealability shall not issue; it is

ORDERED and ADJUDGED that petitioner take nothing of the respondent; that judgment is hereby entered denying petitioner's petition for a writ of habeas corpus; and that a Certificate of Appealability shall not issue.

Dated: Brooklyn, New York
        July 14, 2006

                                          ROBERT C. HEINEMANN
                                          Clerk of Court